# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

**No. 14-5105**

**REPUBLIC OF SUDAN**
**APPELLANT**
**v.**
**JAMES OWENS**
**APPELLEES**

## MOTION TO STRIKE
## NOTICE OF APPEAL

Appellees, James Owens, et al., Judith Abasi Mwila, et al., and Rizwan Khaliq, et al., by counsel, pursuant to the provisions of United States Court Of Appeals Handbook, Part II(A), Part VIII(G),  and as further set forth, herewith move that the Notice Of Appeal,  filed by Asim A. Ghafoor on behalf of Appellant, Republic Of Sudan be stricken, the Appeal be dismissed and the case be remanded to the United States District Court For The District Of Columbia.

Appellees state in support of their Motion:

(1)That upon inquiry by counsel for James Owens, et al., Judith Abasi Mwila, et al., and Rizwan Khaliq, it has been determined that Asim A. Ghafoor  is not a member of the Bar of the United States Court Of Appeals For The District Of Columbia Circuit or the District Of Columbia Bar,

although the Notice Of Appeal and the entry of appearance filed by him carry an address of "Law Office of Asim Ghafoor, 1101 30th Street, Suite 500, Washington, DC 20007.

(2)United States Court Of Appeals Handbook, Part II(A) provides in pertinent part that "an attorney practicing before the Court must be a member of the bar of the Court."

(3)All jurisdictional, statutory and constitutional issues pertaining to this action were resolved in a prior interlocutory appeal to the United States Court Of Appeals For The District Of Columbia Circuit, designated as Nos. 05-5173 and  06-5079, reported at 531 F.3d 884, Opinion filed on July 11, 2008, following which, the Republic Of The Sudan, on its own volition, withdrew from the action effectively waiving any and all objections to the proceedings following its withdrawal leaving no possible issues open to appeal. There is no issue still open for appeal to the United States Court Of Appeals For The District Of Columbia Circuit to consider.

This case began in the District Court on the 26th of October, 20001, with the filing of a Complaint by the *Owens* plaintiffs.(Docket #1). Service upon the Republic Of Sudan was accomplished on February 25, 2003, by diplomatic process. On May 8, 2003, the Court entered a default against the Republic Of Sudan, 67 days after service.  (Docket #11). A responsive

pleading , First Motion To Dismiss With Prejudice, was finally filed on

March 10, 2004 (Docket #49) and the District Court vacated the default.  A

Motion to strike the Motion of Sudan dated March 10, 2004, was filed by

Plaintiffs on March 24, 2004. (Docket #57). An Order Denying Sudan's

Motion To Dismiss was filed on January 26, 2006. (Docket #124). A Notice

Of Appeal was filed by Sudan on February 24, 2006.

The decision of the District Court was affirmed by the United States

Court Of Appeals For The District Of Columbia Circuit on July 11, 2008.

On November 20, 2007, counsel for the Republic Of Sudan moved for leave

to withdraw which motion was granted on November 23, 2009. No

successor counsel entered an appearance for the Sudan until the filing by

Asim Ghafoor on April 28, 2014, and, to date, since February 24,2006  no

further objection to any action of the District Court was made by Sudan.

The decision of the Court Of Appeals, *Owens v. Sudan,* 531 F.3d

884(2008), reviewed the decision of the District Court regarding subject

matter jurisdiction, found the state sponsored terrorism exception to the

Foreign Sovereign Immunities Act (FSIA) to be within the constitutional

power of Congress, and found that the allegations of the Amended

Complaint were sufficient to state a claim under FSIA. No additional

contention has ever been made in this action challenging the constitutional or statutory basis for the determinations made by the District Court.

Failure to object to the actions of a trial court has been held to constitute a waiver and bar appeal, except as to jurisdictional, statutory or constitutional defects. *Taylor v. Freeland & Kronz,* 503 U.S. 638, 112 S.Ct. 1644, 118 L.Ed.2d 280(1992). All jurisdictional, statutory and constitutional objections raised have been already determined in the interlocutory appeal decided by the United States Court Of Appeals For The District Of Columbia Circuit in the decision of July 11, 2008.

Wherefore, Appellees pray that the Motion be granted and that an Order be entered striking the Notice Of Appeal, dismissing the appeal and remanding the case to the United States District Court For The District Of Columbia.

May 8,2014                                      Respectfully submitted,


_**Thomas Fortune Fay**_                        _**Jane Carol Norman**_
**Thomas Fortune Fay**                          **Jane Carol Norman**
**D.C. Bar No. 23929**                          **D.C. Bar No. 384030**
**FAY KAPLAN LAW, P.A.**                        **Bond & Norman, LLP**
**777 Sixth Street, NW**                        **777 Sixth Street, NW**
**Suite 410**                                   **Suite 410**
**Washington, DC  20001**                       **Washington, DC 20001**
**(202) 589-1300**                              **(202) 682-1051**
**(202) 589-1721 (Fax)**                        **(202) 207-1041 (Fax)**
_**ThomasFay@aol.com**_                         _**Jnorman425@aol.com**_
**Attorney for Plaintiffs**                     **Attorney for Plaintiffs**
**James Owens, et al. and**                     **Rizwan Khaliq, et al.**
**Judith Abasi Mwila, et al.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of  May, 2014, copies of the

foregoing Motion and Memorandum In Support were electronically sent  to:

> Steven R. Perles, Esq.
> Edward B. MacAllister, Esq.
> PERLES LAW FIRM, P.C.
> 1146 Nineteenth Streeet
> Suite 500
> Washington, DC 20036
> *sperles@perleslaw.com*

> Rhonda C. Fields, Esq.
> United States Attorney's Office
> 555 – 4th Street, NW
> Washington, DC 20530
> *Rhonda.fields@usdoj.gov*

> Ronald Alvin Karp, Esq.
> KARP, FROSH, LAPIDUS,
> WIGODSKY & NORWIND, P.A.
> 2273 Research Blvd.
> Suite 200
> Rockville, MD 20850-4304
> *rkarp@karpfrosh.com*

> Michael Joseph Miller
> THE MILLER FIRM, LLC
> 108 Railroad Avenue
> Orange, VA 22960
> *ddickens@doctoratlaw.com*

> ***Thomas Fortune Fay\_\_\_\_\_***
> **Thomas Fortune Fay**