# United States Court of Appeals
### For The District of Columbia Circuit

No. 14-5105 September Term, 2013

1:08-cv-01377-JDB
1:01-cv-02244-JDB
1:10-cv-00356-JDB

Filed On: May 9, 2014 [1492284]

James Owens, et al.,

    Appellees

    v.

Islamic Republic of Iran, et al.,

    Appellees

Republic of Sudan and Ministry of the Interior of the Republic of the Sudan,

    Appellants

Paul G. Griffin,

    Appellee

------------------------------

Consolidated with 14-5106, 14-5107

## O R D E R

The notice of appeal was filed on April 28, 2014, and docketed in this court on May 5, 2014. It is, on the court's own motion, it is

**ORDERED**, that these cases be consolidated. It is

**FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 9, 2014 |
| Docketing Statement Form | June 9, 2014 |
| Entry of Appearance Form | June 9, 2014 |
| Procedural motions, if any | June 9, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 9, 2014 |
| Statement of Issues to be Raised | June 9, 2014 |
| Transcript Status Report | June 9, 2014 |

# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-5105 | September Term, 2013 |

| | |
|---|---|
| Underlying Decision from Which Appeal or Petition Arises | June 9, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | June 23, 2014 |

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 9, 2014 |
| Entry of Appearance Form | June 9, 2014 |
| Procedural motions, if any | June 9, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | June 23, 2014 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                              BY:    /s/
                                                    Lynda M. Flippin
                                                    Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

      <u>Civil Docketing Statement Form</u>
      <u>Entry of Appearance Form</u>
      <u>Transcript Status Report Form</u>
      <u>Request to Enter Appellate Mediation Program</u>
      <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
      <u>Stipulation to be Placed in Stand-By Pool of Cases</u>