# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 14-5105                    2. DATE DOCKETED: 5/5/2014

3. CASE NAME (lead parties only) James Owens        v. Republic of Sudan

4. TYPE OF CASE:  ☒ District Ct -  ● US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ● No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 01-cv-2244            Bankruptcy _____              Tax _____
      Criminal _____              Adversary _____
      Miscellaneous _____         Ancillary _____
   b. Review is sought of:
      ☒ Final Order      ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Hon. John D. Bates              Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 4/11/2014      e. Date notice of appeal filed: 4/28/2014
   f. Has any other notice of appeal been filed in this case?  ● Yes  ○ No   If YES, date filed: 4/28/2014
   g. Are any motions currently pending in trial court?  ○ Yes  ● No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ● Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes  ○ No If YES, give each case's court and case name, and docket number:
      USDC, Mwila v. Islamic Rep of Iran, 1:08-cv-01377-JDB; Khaliq v. Islamic Rep of Iran, 1:10-cv-00356-JDB
   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ● No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ● No    If so, provide program name and participation dates _____

Signature /s/ Asim Ghafoor                    Date 05-19-2014
Name of Party Republic of Sudan
Name of Counsel for Appellant/Petitioner Asim Ghafoor
Address 1101 30th Street NW, Suite 500, Washington, DC 20007
Phone ( 202 ) 625-4393        Fax ( 832 ) 202-2076

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)